

United States District Court
Eastern District of Michigan
Southern Division

United States of America,

v.

Michael Scott Malott,

Defendant.

Violation: 18 U.S.C. § 922(g)(1)

Case: 2:25-cr-20252
Assigned To : White, Robert J.
Referral Judge: Grand, David R.
Assign. Date : 4/15/2025
Description: IND USA V. MICHAEL SCOTT MALOTT (MC)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
### 18 U.S.C. §§ 922(g)(1) & 924(e)
*Felon in Possession of a Firearm with Armed Career Criminal Enhancement*

On or about March 12, 2025, in the Eastern District of Michigan, Southern Division, the defendant, Michael Scott Malott, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Taurus, G2C, .40 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that the defendant, Michael Scott Malott, having at least three previous convictions for a violent felony, committed on occasions different from one another, is subject to

penalties provided under Title 18, United States Code, Section 924(e)(1).

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant Michael Scott Malott shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all ammunition and firearms involved in or used in any knowing violation of said offense,

including but not limited to the Taurus, G2C, .40 caliber pistol, and all related ammunition.

This is a True Bill.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JULIE A. BECK
Acting United States Attorney

*s/ Sara D. Woodward*
Sara D. Woodward
Chief, General Crimes Unit
Assistant United States Attorney

*s/ Hank Moon*
Hank Moon
Assistant United States Attorney

Dated: April 15, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:25-cr-20252<br>Assigned To : White, Robert J.<br>Referral Judge: Grand, David R.<br>Assign. Date : 4/15/2025<br>Description: IND USA V. MICHAEL SCOTT MALOTT (MC) |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: H.M |

**Case Title:** USA v. Michael Scott Malott

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

    ____Indictment/____Information --- **no** prior complaint.
    ✓ Indictment/____Information --- based upon prior complaint [Case number: 25-mj-30145 ]
    ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

April 15, 2025
Date

Hank Moon
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
313-226-0220
Hank.Moon@usdoj.gov
P85337

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.